IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-68-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHARLES JESTIN MCCALISTER, | |
| Defendant. | |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 35). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is **DISMISSED** with prejudice.

DATED this 19th day of November, 2018.

SUSAN P. WATTERS
United States District Court Judge

1